[Nos. 54223-1-I; 55477-8-I.  Division One.  August 8, 2005.]

DAVID MONK ET AL., *Appellants*, v. THE CITY OF AUBURN
ET AL., *Respondents.*

Appeals from a judgment of the Superior Court for King County, No. 02-2-13216-2, Jay V. White, J., entered April 15, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Becker, J., concurred in by Coleman and Agid, JJ.

[No. 54361-0-I.  Division One.  August 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD MURRAY
HAYDEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 1-83100, Donald D. Haley J., entered May 7, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54574-4-I.  Division One.  August 8, 2005.]

JOHN HANSEN ET AL., *Appellants*, v. RESIDENTIAL
DEVELOPMENT, LTD., *Respondent.*

Appeal from judgments of the Superior Court for King County, No. 03-2-24958-1, Steven C. Gonzalez, J., entered January 16, February 17, and June 18, 2004. *Affirmed* by unpublished opinion per Ellington, A.C.J., concurred in by Grosse and Baker, JJ.

[No. 54636-8-I.  Division One.  August 8, 2005.]

DAVID A. NELSON ET AL., *Respondents*, v. THOMAS W. FIFE
ET AL., *Appellants.*

Appeal from judgments of the Superior Court for King County, No. 03-2-27300-7, Cheryl B. Carey, J., entered March 16 and 18 and May 12, 2004. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Coleman and Grosse, JJ.